**MASCHOFF BRENNAN**
C. J. Veverka (# 07110)
Rachel Jacques (#13250)
1389 Center Drive, Suite 300
Park City, UT 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: cveverka@mabr.com
E-mail: rjacques@mabr.com

**ONE LLP**
Christopher W. Arledge (*admitted pro hac vice*)
Joseph K. Liu (*admitted pro hac vice*)
Nate L. Dilger (*admitted pro hac vice*)
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
carledge@onellp.com
jliu@onellp.com
ndilger@onellp.com

*Attorneys for Plaintiff SkipPrint, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKIPPRINT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RASTAR, INC.,<br><br>Defendant. | **UNOPPOSED MOTION FOR LEAVE TO FILE SKIPPRINT'S SECOND AMENDED COMPLAINT**<br><br>Case No. 2:13-cv-00039-DB<br><br>Judge Dee Benson |

WHEREAS, on January 16, 2013, SkipPrint, LLC ("SkipPrint") filed the original Complaint alleging direct, induced, and contributory infringement of U.S. Patent Nos. 6,076,080; 5,666,493; 7,050,995; and 7,058,596 against Rastar, Inc. ("Rastar");

WHEREAS, on March 21, 2013, SkipPrint filed a First Amended Complaint before the date for Rastar to respond to the original Complaint. The First Amended Complaint added claims for direct, induced, and contributory infringement of U.S. Patent Nos. 5,963,641.

WHEREAS, on April 19, 2013, Rastar filed a Motion to Dismiss for Failure to State a Claim with respect to the induced and contributory infringement claims.

WHEREAS, on August 16, 2013, the Court granted the Motion without Prejudice.

WHEREAS, Rastar does not oppose SkipPrint's motion for leave to file the Second Amended Complaint, set forth as Exhibit 1 to this unopposed motion, but expressly reserves the right to challenge the sufficiency of the pleadings, including through a motion to dismiss or otherwise;

WHEREAS, the Second Amended Complaint adds additional facts supporting SkipPrint's claim of Rastar's induced infringement of U.S. Patent No. 6,076,080, removes the claim of contributory infringement of this patent, and removes all indirect infringement claims from the other patents-in-suit, pursuant to the Court's Order of August 16, 2013, and adds a claim of direct infringement of U.S. Patent No. 5,953,702.

ACCORDINGLY, SkipPrint respectfully requests and Rastar does not oppose, that:

A.  SkipPrint be granted leave to file the Second Amended Complaint, set forth in Exhibit 1; and

B.  The that deadline for Rastar to respond to the Second Amended Complaint be fourteen days after SkipPrint's Second Amended Complaint is filed, or deemed filed, or November 14, 2013, whichever is later.

Respectfully Submitted:

Dated: September 26th, 2013

    */s/ C.J. Veverka*
    C.J. Veverka, Esq.
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th of September, 2013, I cause and true and correct copy of the foregoing to be filed with the Court Clerk and served on counsel of record via CM/ECF.

> */s/ C.J. Veverka*
> C.J. Veverka